UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| PATRICIA WHITE,<br>　　　　Plaintiff,<br><br>　　v.<br><br>COBLENTZ, PATCH, DUFFY & BASS LLP<br>LONG TERM DISABILITY INSURANCE<br>PLAN , et al.,<br>　　　　Defendants.<br>_____/ | No. C 10-1855 BZ<br><br>**ORDER GRANTING REQUEST FOR PLAINTIFF PATRICIA WHITE TO ATTEND THE MEDIATION TELEPHONICALLY**<br><br>Date:　　　January 28, 2011<br>Evaluator:　Robert Luft |

　　　IT IS HEREBY ORDERED that the request for plaintiff Patricia White be excused from attending in person the January 28, 2011 mediation before Robert Luft is GRANTED.  Ms. White shall be available at all times to participate telephonically in accordance with ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

January 5, 2011　　　　　　　　　By:　　　　　　*Elizabeth D. Laporte*
_____
Dated
　　　　　　　　　　　　　　　　　　　　　　Elizabeth D. Laporte
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge