1   TAD A. DEVLIN (SBN: 190355)
    TAMAR KARAGUEZIAN (SBN: 216233)
2   GORDON & REES LLP
    275 Battery Street, Suite 2000
3   San Francisco, CA  94111
    Telephone: (415) 986-5900
4   Facsimile:  (415) 986-8054

5   Attorneys for Defendants
    COBLENTZ, PATCH, DUFFY & BASS, LLP
6   LONG TERM DISABILITY INSURANCE PLAN,
    And THE PRUDENTIAL INSURANCE CO. OF AMERICA,
7   Real Party in Interest

8   LAURENCE F. PADWAY (SBN: 089314)
    KAREN K. WIND (SBN: 124852)
9   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
10  Alameda, CA 94501
11  Telephone: (510) 814-0680
    Facsimile: (510) 814-0650

12

13  Attorneys for Plaintiff,
    PATRICIA WHITE

14
                        **UNITED STATES DISTRICT COURT**
15
                       **NORTHERN DISTRICT OF CALIFORNIA**
16

17  PATRICIA WHITE,                          )   Case No.:   CV10-1855 (BZ)
                                             )
18                                           )   **STIPULATION AND [PROPOSED]**
                        Plaintiff,           )   **ORDER SETTING TRIAL AND**
19          vs.                              )   **PRETRIAL DEADLINES**
                                             )
20  COBLENTZ, PATCH, DUFFY & BASS, LLP       )
21  LONG TERM DISABILITY INSURANCE           )
    PLAN,                                    )   Judge: Hon. Bernard Zimmerman
22                                           )   Courtroom:  G
                        Defendant.           )
23  _____ )
                                             )
24  THE PRUDENTIAL INSURANCE                 )
    COMPANY OF AMERICA,                      )
25                                           )
                        Real Party in Interest. )
26  _____ )

27          Plaintiff Patricia White and Defendant Coblentz, Patch, Duffy & Bass LLP Long Term

28  Disability Insurance Plan ("Plan") and Real Party in Interest The Prudential Insurance Company

                                             1

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  of America ("Prudential"), through their respective attorneys, hereby jointly stipulate to the

2  following briefing schedule:

3          Last day to disclose experts: January 27, 2011

4          Discovery cut-off: February 16, 2011

5          Plaintiff's motion for judgment and opening trial brief due February 23, 2011

6          Defendant's cross-motion and opposition briefs due March 16, 2011

7          Plaintiff's opposition and reply brief due March 30, 2011

8          Defendant's reply due April 13, 2011

9          Cross-motions hearing date/trial date: April 27, 2011 at 1:30 p.m.

10  **IT IS SO AGREED AND STIPULATED.**

                                   Respectfully submitted,

11

12                                     LAW OFFICES OF LAURENCE F. PADWAY

13

14  Dated: January 13, 2011         By:_____/s/_____
                                   Laurence F. Padway

15                                     Karen K. Wind
                                   Attorneys for Plaintiff

16                                     GORDON & REES

17

18  Dated: January 13, 2011         By:_____/s/_____
                                   TAD A. DEVLIN

19                                     TAMAR KARAGUEZIAN
                                   Attorneys for Defendants

20                                     COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM

21                                     DISABILITY INSURANCE PLAN, and THE PRUDENTIAL

22                                     INSURANCE CO. OF AMERICA, Real Party in Interest

23

24

25  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

26  DATED:_____, 2011

27                                     The Honorable Bernard Zimmerman

28                                     United States Magistrate Judge

                                       2

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111