TAD A. DEVLIN (SBN: 190355)
JOEL A. MORGAN (SBN: 262937)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>                     Plaintiff,<br><br>     vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>                     Defendant.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                     Real Party in Interest. | Case No.:   CV10-1855 (BZ)<br><br>**[PROPOSED] ORDER RE DEFENDANTS, COBLENTZ, PATCH, DUFFY & BASS, LLP, LONG TERM DISABILITY INSURANCE PLAN AND THE PRUDENTIAL INSURANCE CO. OF AMERICA'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Bernard Zimmerman |

## [PROPOSED] ORDER

The Court having considered Defendants Coblentz, Patch, Duffy & Bass, LLP, Long Term Disability Insurance Plan and The Prudential Insurance Company of America's Motion for Leave to File Documents Under Seal, it is hereby ORDERED that the Administrative Record attached to and referenced in Defendants, Motion be filed under seal.

**IT IS SO ORDERED.**, **subject to being reconsidered if it appears that non-confidentialor private material is also being sealed.**

Dated: February 24, 2011

_____
United States Magistrate Judge

1
[PROPOSED] ORDER RE DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CV10-1855 (BZ)