1 | Laurence F. Padway (SBN: 089314)
LAW OFFICES OF LAURENCE F. PADWAY
2 | 1516 Oak Street, Suite 109
Alameda, California 94501
3 | Telephone: (510) 814-6100
Facsimile: (510) 814-0650
4 |
5 | Attorneys for Plaintiff,
PATRICIA WHITE

6 | TAD A. DEVLIN (SBN: 190355)
TAMAR KARAGUEZIAN (SBN: 216233)
7 | GORDON & REES LLP
275 Battery Street, Suite 2000
8 | San Francisco, CA 94111
Telephone: (415) 986-5900
9 | Facsimile: (415) 986-8054

10 | Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP
11 | LONG TERM DISABILITY INSURANCE PLAN,
And THE PRUDENTIAL INSURANCE CO. OF AMERICA,
12 | Real Party in Interest

13

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16

17 | PATRICIA WHITE,                              No. 3:10-cv-01855-BZ

18 |                                              STIPULATION RE LATE FILING
19 |         Plaintiff,                           AND [PROPOSED] ORDER
         vs.
20 | COBLENTZ, PATCH, DUFFY                       Date:    April 27, 2011
21 | AND BASS, LLP LONG TERM                      Time:    1:30 p.m.
     DISABILITY INSURANCE PLAN,
22
             Defendant.
23 | _____/             Honorable Bernard Zimmerman

24 | THE PRUDENTIAL INSURANCE
     COMPANY OF AMERICA,
25
             Real Party In Interest.
26 | _____/

27

28

App re Late Filing                                            3:10-cv-01855-BZ

1  Whereas, Plaintiff Patricia White's Motion for Judgment and Opening Trial Brief was due on
2  February 23, 2011; and whereas those documents were filed on February 24, 2011; and whereas, the
3  Declaration of Laurence F. Padway was inadvertently omitted from the original filing, together with
4  a portion of exhibit 16, and both of those documents were filed on February 28, 2011; and

6  Whereas, the late filing was caused by unexpected medical issues concerning counsel for
7  plaintiff, as well as some degree of underestimation of the time required to prepare the brief; and

9  Whereas the parties have conferred and agreed as set forth below,

11  Now, therefore, the parties stipulate that Plaintiff's Motion for Judgment and Opening Trial
12  Brief, the Declaration of Laurence F. Padway and Trial Exhibit 16, shall be considered by the Court
13  as if they had been timely filed;

15  ₒ  It is further stipulated that defendant and real party in interest may file their opposition and
16  cross-motion on March 17, 2011 instead of March 16, 2011, as previously scheduled;

18  The remainder of the briefing schedule and trial date shall be unchanged.

20  IT IS SO STIPULATED.

23  DATED: March 9, 2011                          /s/ Laurence F. Padway

                                                  _____
                                                  Laurence F. Padway
24                                                Law Offices of Laurence F. Padway
                                                  Attorneys for plaintiff

| | |
|---|---|
| DATED: March 9, 2011 | /s/ Tad Devlin |
| | TAD DEVLIN |
| | TAMAR KARAGUEZIAN |
| | Attorneys for Defendants |
| | COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest |

## ORDER

Good cause appearing, it is so ordered.

Dated: 15 March 11

Hon. Bernard Zimmerman