1  TAD A. DEVLIN (SBN: 190355)
   JOEL A. MORGAN (SBN: 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   COBLENTZ, PATCH, DUFFY & BASS, LLP
6  LONG TERM DISABILITY INSURANCE PLAN,
   And THE PRUDENTIAL INSURANCE CO. OF AMERICA,
7  Real Party in Interest

8  LAURENCE F. PADWAY (SBN: 089314)
   LAW OFFICES OF LAURENCE F. PADWAY
9  1516 Oak Street, Suite 109
   Alameda, CA 94501
10 Telephone: (510) 814-0680
11 Facsimile: (510) 814-0650

12 Attorneys for Plaintiff,
   PATRICIA WHITE
13

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>            Plaintiff,<br><br>    vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP<br>LONG TERM DISABILITY INSURANCE<br>PLAN,<br><br>            Defendant.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF AMERICA,<br><br>            Real Party in Interest. | Case No.:   CV10-1855 (BZ)<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER CONTINUING BRIEFING**<br>**DATE**<br><br>Judge:  Hon. Bernard Zimmerman<br>Courtroom:  G |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia White and Defendant Coblentz, Patch, Duffy & Bass LLP Long Term

Disability Insurance Plan ("Plan") and Real Party in Interest The Prudential Insurance Company

1  of America ("Prudential"), through their respective attorneys, hereby jointly stipulate as follows:

2      WHEREAS the parties in this action are currently set to attend the Court's Cross-Motions
3  hearing scheduled for April 27, 2011 at 1:30 p.m.;

4      WHEREAS Prudential's cross-motion and opposition brief is currently due March 17,
5  2011;

6      WHEREAS plaintiff has pursued and continues to pursue discovery in this *de novo* case;

7      WHEREAS the parties are addressing the discovery and handling the information sought
8  by plaintiff and attempting to avoid the Court's involvement in the discovery process;

9      WHEREAS all parties have agreed to continue the briefing schedule for Prudential's
10  cross-motion and opposition briefs from March 17, 2011 until <u>March 21, 2011</u> to allow the
11  parties the necessary time to further address the discovery issues.

12  **IT IS SO AGREED AND STIPULATED.**

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

Dated: March 17, 2011    By:  /s/ Laurence F. Padway
    Laurence F. Padway
    Attorneys for Plaintiff

GORDON & REES

Dated:  March 17, 2011   By:  /s/ Tad A. Devlin
    TAD A. DEVLIN
    JOEL A. MORGAN
    Attorneys for Defendants
    COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
    DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
    INSURANCE CO. OF AMERICA, Real Party in Interest

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** <u>**All other dates remain the same**</u>.

DATED:  March 17 , 2011

*/s/ Bernard Zimmerman*
The Honorable Bernard Zimmerman
United States Magistrate Judge

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

ALBI/1063394/9465897v.1