TAD A. DEVLIN (SBN: 190355)
JOEL A. MORGAN (SBN: 262937)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

LAURENCE F. PADWAY (SBN: 089314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>    Defendant.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | Case No.:   CV10-1855 (BZ)<br><br>**STIPULATION AND [PROPOSED] ORDER RE:  BRIEFING**<br><br>Judge:  Hon. Bernard Zimmerman<br>Courtroom:  G |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia White and Defendant Coblentz, Patch, Duffy & Bass LLP Long Term Disability Insurance Plan ("Plan") and Real Party in Interest The Prudential Insurance Company of America ("Prudential"), through their respective attorneys, hereby jointly stipulate as follows:

1

1  WHEREAS, dispositive cross-motions are set for hearing on April 27, 2011;

2  WHEREAS Prudential's reply brief is currently due April 13, 2011;

3  WHEREAS all parties have agreed to continue the briefing schedule for Prudential's
4  reply brief from April 13, 2011 until <u>April 15, 2011</u>, which date the parties understand will not
5  effect the hearing date of April 27, 2011 for the parties' cross motions based on information
6  received from the Clerk of this Court.

7  **IT IS SO AGREED AND STIPULATED.**

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

Dated: April 6, 2011      By:      /s/ Laurence F. Padway
                                   Laurence F. Padway
                                   Attorneys for Plaintiff

GORDON & REES

Dated:  April 6, 2011     By:      /s/ Tad A. Devlin
                                   TAD A. DEVLIN
                                   JOEL A. MORGAN
                                   Attorneys for Defendants
                                   COBLENTZ, PATCH, DUFFY &
                                   BASS, LLP LONG TERM
                                   DISABILITY INSURANCE PLAN,
                                   and THE PRUDENTIAL
                                   INSURANCE CO. OF AMERICA,
                                   Real Party in Interest

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  April 7        , 2011

The Honorable Bernard Zimmerman
United States...

**DENIED**
/s/ Bernard Zimmerman
Judge Bernard Zimmerman

2
STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING
CV10-1855 (BZ)

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111

ALBI/1063394/9568328v.1