1   TAD A. DEVLIN (SBN: 190355)
    JOEL A. MORGAN (SBN: 262937)
2   GORDON & REES LLP
    275 Battery Street, Suite 2000
3   San Francisco, CA  94111
    Telephone: (415) 986-5900
4   Facsimile:  (415) 986-8054

5   Attorneys for Defendants
    COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
6   DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
    INSURANCE CO. OF AMERICA, Real Party in Interest
7
    LAURENCE F. PADWAY (SBN: 089314)
8   LAW OFFICES OF LAURENCE F. PADWAY
    1516 Oak Street, Suite 109
9   Alameda, CA 94501
    Telephone: (510) 814-0680
10  Facsimile: (510) 814-0650

11
    Attorneys for Plaintiff,
12  PATRICIA WHITE

13                    **UNITED STATES DISTRICT COURT**

14                   **NORTHERN DISTRICT OF CALIFORNIA**

15

16  PATRICIA WHITE,                          )   Case No.:  CV10-1855 (BZ)
                                             )
17                      Plaintiff,           )   **RENEWED STIPULATED REQUEST**
                                             )   **RE MODIFICATION TO BRIEFING**
18           vs.                             )   **SCHEDULE FOR CROSS-MOTIONS**
                                             )   **FOR JUDGMENT AND [~~PROPOSED~~]**
19  COBLENTZ, PATCH, DUFFY & BASS, LLP       )   **ORDER**
    LONG TERM DISABILITY INSURANCE           )
20  PLAN,                                    )
                                             )
21  _____             )   Judge:  Hon. Bernard Zimmerman
                        Defendant.           )   Courtroom:  G
                                             )
22  THE PRUDENTIAL INSURANCE                 )
    COMPANY OF AMERICA,                      )
23                                           )
                                             )
24              Real Party in Interest.      )

25

26          **TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

27          Plaintiff Patricia White and Defendant Coblentz, Patch, Duffy & Bass LLP Long Term

28  Disability Insurance Plan ("Plan") and Real Party in Interest The Prudential Insurance Company

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA  94111**

1

1    of America ("Prudential"), through their respective attorneys, hereby jointly stipulate as follows:

2        WHEREAS the parties previously submitted a Stipulation and [Proposed] Order re:

3    Briefing (hereinafter "Stipulation"), which was denied on April 7, 2011;

4        WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in

5    support of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and

6    sets forth the reasons and GOOD CAUSE showing for the parties' stipulation;

7        WHEREAS the parties in this action are currently set to attend the Court's Cross-Motions

8    hearing scheduled for April 27, 2011 at 1:30 p.m.;

9        WHEREAS Plaintiff's Motion for Judgment and Opening Trial Brief was due on

10   February 23, 2011; and whereas those documents were filed on February 24, 2011; and whereas,

11   the Declaration of Laurence F. Padway was inadvertently omitted from the original filing,

12   together with a portion of Exhibit 16, and both of those documents were filed on February 28,

13   2011;

14       WHEREAS all parties stipulated, and it was so ordered, per Document 34, that Plaintiff's

15   Motion for Judgment and Opening Trial Brief and the Declaration of Laurence F. Padway shall

16   be considered by the Court as if they had been timely filed;

17       WHEREAS it was further stipulated per Document 34 that Prudential's Opposition and

18   Cross-Motion Brief could be filed on March 17, 2011 instead of March 16, 2011;

19       WHEREAS all parties agreed, and it was so ordered, per Document 36 to continue the

20   briefing schedule for Prudential's Opposition and Cross-Motion Brief from March 17, 2011 until

21   March 21, 2011;

22       WHEREAS Plaintiff's Opposition and Reply brief was due March 30, 2011;

23       WHEREAS all parties agreed to continue the briefing schedule for Plaintiff's opposition

24   and reply brief from March 30, 2011 until March 31, 2011, and Plaintiff was to file a stipulation

25   confirming this extension and seeking this Court's approval, but inadvertently failed to do so and

26   will do so by later stipulation and proposed order to this Court;

27       WHEREAS Prudential's reply brief is currently due April 13, 2011;

28       WHEREAS all parties have agreed to continue the briefing schedule for Prudential's

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

2

1   reply brief from April 13, 2011 until <u>April 15, 2011</u>.

2       WHEREAS all parties have indicated that they will not be prejudiced if the requested two

3   day extension requires the Court to reschedule April 27, 2011 hearing to a later date convenient

4   with this Court, provided the hearing date is continued to a date prior to May 12, 2011;

5       THE PARTIES HEREBY RENEW THEIR STIPULATED REQUEST, through their

6   respective counsel of record, and subject to the Court's approval, to continue the briefing

7   schedule for Prudential's reply brief from April 13, 2011 until <u>April 15, 2011</u>.

8   **IT IS SO AGREED AND STIPULATED.**

9                    Respectfully submitted,

10                    LAW OFFICES OF LAURENCE F. PADWAY

11

12   Dated: April 8, 2011                By:_____/s/ Laurence F. Padway_____

                                    Laurence F. Padway

13                                     Attorneys for Plaintiff

                   GORDON & REES

14

15   Dated:  April 8, 2011               By: _____/s/ Tad A. Devlin_____

16                                     TAD A. DEVLIN

                                    JOEL A. MORGAN

17                                     Attorneys for Defendants

                                    COBLENTZ, PATCH, DUFFY &

18                                     BASS, LLP LONG TERM

                                    DISABILITY INSURANCE PLAN,

19                                     and THE PRUDENTIAL

                                    INSURANCE CO. OF AMERICA,

20                                     Real Party in Interest

21   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

22

23   DATED:  _____April 13_____, 2011

24

25

26                          GRANTED

                         Judge Bernard Zimmerman

27

28

**Gordon & Rees LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

CSAA/1044232/9582983v.1     RENEWED STIPULATED REQUEST AND [~~PROPOSED~~] ORDER

CV10-1855 (BZ)