1  TAD A. DEVLIN (SBN: 190355)
   JOEL A. MORGAN (SBN: 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  Attorneys for Defendants
   COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
6  DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
   INSURANCE CO. OF AMERICA, Real Party in Interest
7
   LAURENCE F. PADWAY (SBN: 089314)
8  LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
9  Alameda, CA 94501
   Telephone: (510) 814-0680
10 Facsimile: (510) 814-0650

11
   Attorneys for Plaintiff,
12 PATRICIA WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE, | Case No.:  CV10-1855 (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF CROSS-MOTIONS FOR JUDGMENT HEARING** |
| vs. | |
| COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendant. | Judge:  Hon. Bernard Zimmerman<br>Courtroom:  G |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Real Party in Interest. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia White and Defendant Coblentz, Patch, Duffy & Bass LLP Long Term Disability Insurance Plan ("the Plan") and Real Party in Interest The Prudential Insurance Company of America ("Prudential"), through their respective attorneys, hereby jointly stipulate

1

1  as follows:

2  WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in
3  support of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and
4  sets forth the reasons and GOOD CAUSE showing for the parties' stipulation;

5  WHEREAS the parties in this action are currently set to attend the Court's Cross-Motions
6  for Judgment hearing scheduled for April 27, 2011 at 1:30 p.m.;

7  WHEREAS all parties further stipulated, and it was so ordered, per Document 54, that
8  the parties will not be prejudiced if the Court must reschedule the April 27, 2011 hearing to a
9  later date convenient with this Court, provided the hearing date is continued to a date prior to
10 May 12, 2011;

11 WHEREAS counsel for the Plan and Prudential will be out of state on a pre-planned, pre-
12 purchased vacation from April 22 to April 28, 2011 ("the Vacation");

13 WHEREAS counsel for the Plan and Prudential mistakenly did not recall the Vacation
14 and inadvertently failed to disclose the Vacation during the parties' most recent case setting
15 conference and during case briefing discussions;

16 WHEREAS counsel for the Plan and Prudential can show proof of purchase of the
17 Vacation should this Court require;

18 WHEREAS after April 27, 2011 and prior to May 12, 2011, this Court is hearing civil
19 law and motions on May 4, 2011 according to the Court's calendar available online;

20 WHEREAS the parties respectfully request the Court to continue the hearing on the
21 parties' Cross-Motions for Judgment from April 27, 2011 until <u>May 4, 2011</u>, if this date is
22 convenient with the Court.

23 **IT IS SO AGREED AND STIPULATED.**

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

Dated: April 14, 2011                    By:      /s/ Laurence F. Padway
                                              Laurence F. Padway
                                              Attorneys for Plaintiff

2

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

GORDON & REES

Dated: April 14, 2011             By:      /s/ Tad A. Devlin
                                       TAD A. DEVLIN
                                       JOEL A. MORGAN
                                       Attorneys for Defendants
                                       COBLENTZ, PATCH, DUFFY &
                                       BASS, LLP LONG TERM
                                       DISABILITY INSURANCE PLAN,
                                       and THE PRUDENTIAL
                                       INSURANCE CO. OF AMERICA,
                                       Real Party in Interest

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the Cross-Motions hearing in this case be continued to ___ May 4 _____, 2011.

DATED: _ April 18 _____, 2011

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge