1  Laurence F. Padway (SBN: 089314)
   LAW OFFICES OF LAURENCE F. PADWAY
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone:  (510) 814-6100
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff,
5  PATRICIA WHITE

6  TAD A. DEVLIN (SBN: 190355)
   TAMAR KARAGUEZIAN (SBN: 216233)
7  GORDON & REES LLP
   275 Battery Street, Suite 2000
8  San Francisco, CA  94111
   Telephone: (415) 986-5900
9  Facsimile:  (415) 986-8054

10 Attorneys for Defendants
   COBLENTZ, PATCH, DUFFY & BASS, LLP
11 LONG TERM DISABILITY INSURANCE PLAN,
   And THE PRUDENTIAL INSURANCE CO. OF AMERICA,
12 Real Party in Interest

13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

17 PATRICIA WHITE,                           No.  3:10-cv-01855-BZ

18                                           STIPULATION RE LATE FILING
19         Plaintiff,                        AND [~~PROPOSED~~] ORDER
        vs.
20
   COBLENTZ, PATCH, DUFFY                    Date:     April 27, 2011
21 AND BASS, LLP LONG TERM                   Time:     1:30 p.m.
   DISABILITY INSURANCE PLAN,
22
           Defendant.
23 _____/           Honorable Bernard Zimmerman

24 THE PRUDENTIAL INSURANCE
   COMPANY OF AMERICA,
25
           Real Party In Interest.
26 _____/

27

28

App re Late Filing                                        3:10-cv-01855-BZ

1  Whereas, Plaintiff Patricia White's Reply in Support of Motion for Judgment and Opposition to Defendant's Motion was due on March 30, 2011; and whereas those documents were filed on March 31, 2011; and

Whereas, the late filing was caused by plaintiff's counsel having to care for his wife after her total knee arthroplasty; and

Whereas the parties have conferred and agreed as set forth below,

Now, therefore, the parties stipulate that Plaintiff's Reply in Support of Motion for Judgment and Opposition to Defendant's Motion and accompanying documents, shall be considered by the Court as if they had been timely filed.

IT IS SO STIPULATED.

DATED: April 8, 2011                    /s/ Laurence F. Padway
                                        _____
                                        Laurence F. Padway
                                        Law Offices of Laurence F. Padway
                                        Attorneys for plaintiff

DATED: April 8, 2011                    /s/ Tad Devlin
                                        _____
                                        TAD DEVLIN
                                        TAMAR KARAGUEZIAN
                                        Attorneys for Defendants
                                        COBLENTZ, PATCH, DUFFY &
                                        BASS, LLP LONG TERM
                                        DISABILITY INSURANCE PLAN,
                                        and THE PRUDENTIAL
                                        INSURANCE CO. OF AMERICA,
                                        Real Party in Interest

App re Late Filing                                              3:10-cv-01855-BZ

ORDER

Good cause appearing, it is so ordered.

Dated: April 18, 2011

_____
Hon. Bernard Zimmerman