TAD A. DEVLIN (SBN: 190355)
JOEL A. MORGAN (SBN: 262937)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICIA WHITE, <br><br> Plaintiff, <br><br> vs. <br><br> COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, <br><br> Defendant. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Real Party in Interest. | Case No.:  CV10-1855 (BZ) <br><br> **APPLICATION & [PROPOSED] ORDER ALLOWING DEFENDANTS' ATTORNEY PATRICK DICARLO TO APPEAR BY PHONE AT THE HEARING ON MOTION FOR SUMMARY JUDGMENT** <br><br> Judge:  Hon. Bernard Zimmerman <br> Courtroom:  G |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendant Coblentz, Patch, Duffy & Bass LLP Long Term Disability Insurance Plan ("the Plan") and Real Party in Interest The Prudential Insurance Company of America ("Prudential") (collectively "Defendants") respectfully request permission from this Court that Defendants' attorney Patrick DiCarlo (admitted pro hac vice in this action before this Court) be allowed to appear by telephone at the hearing for Motion for Summary Judgment scheduled for May 4, 2011.

Defendants' attorney Tad A. Devlin will appear in person at the hearing on Motion for

1

Summary Judgment.

Mr. DiCarlo's telephone direct dial contact information is: (408) 881-4512.

Mr. Devlin met and conferred with Plaintiff Patricia White's attorney Larry Padway and he has no objection to Mr. DiCarlo appearing telephonically at the hearing.

Respectfully Submitted,

GORDON & REES

Dated: May 3, 2011        By: _____/s/ Tad A. Devlin_____
TAD A. DEVLIN
JOEL A. MORGAN
Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

**ORDER**

**IT IS SO ORDERED** that Defendants' attorney Mr. DiCarlo may appear by phone ↑ as an observer at Motion for Summary Judgment hearing on May 4, 2011.

DATED: ____May____, 2011

_____
The Honorable Bernard Zimmerman
United States Magistrate Judge

Counsel shall contact CourtCall at 1-888-882-6878 to make arrangements to appear by phone.

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ALBI/1063394/9720587v.1

2
APPLICATION & [PROPOSED] ORDER ALLOWING DEFENDANTS' ATTORNEY PATRICK DICARLO TO APPEAR BY PHONE AT THE HEARING ON MOTION FOR SUMMARY JUDGMENT HEARING          CV10-1855 (BZ)