1 | TAD A. DEVLIN (SBN: 190355)
tdevlin@gordonrees.com
2 | CARAINE R. LEON GUERRERO (SBN: 266046)
cguerrero@gordonrees.com
3 | GORDON & REES LLP
275 Battery Street, Suite 2000
4 | San Francisco, CA  94111
Telephone: (415) 986-5900
5 | Facsimile:  (415) 986-8054

6 | Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
7 | DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
INSURANCE CO. OF AMERICA, Real Party in Interest

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>   Plaintiff,<br><br> vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>   Defendant.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Real Party in Interest. | Case No.:  CV10-1855 (BZ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL**<br><br>**[PURSUANT TO L.R. 79-5(b)]** |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE      CV10-1855 (BZ)
ADMINISTRATIVE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL

1   Pursuant to Local Rules 7-11 and 79-5(b), IT IS HEREBY ORDERED that Defendants'
2   Administrative Motion to File Confidential Documents Under Seal, is ~~GRANTED.~~
3   ~~The Clerk is directed to file the entire Declaration of Laurence A. Padway (Dkt. 66), with~~
4   ~~all its exhibits (Dkts. 66-1 through 66-4) under seal.~~
5   ~~Plaintiff shall re lodge with the Court Clerk a copy of the Declaration of Laurence A.~~
6   ~~Padway and its exhibits.~~
7   IT IS SO ORDERED.

8

9   DATED: _____, 2011

10
                                                _____
11                                              Hon. Bernard Zimmerman
                                                United States Magistrate Judge
12                                              Northern District of California



DENIED
Judge Bernard Zimmerman

PRUDENTIAL'S SHOWING IS INADEQUATE.

DATED:  5/31/2011

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111