TAD A. DEVLIN (SBN: 190355)
tdevlin@gordonrees.com
CARAINE R. LEON GUERRERO (SBN: 266046)
cguerrero@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
INSURANCE CO. OF AMERICA, Real Party in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>    Plaintiff,<br><br>vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>    Defendant.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | Case No.: CV10-1855 (BZ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE CONFIDENTIAL DOCUMENTS** |

1   Pursuant to Local Rule 7-11, IT IS HEREBY ORDERED that Defendants'
2   Administrative Motion to Remove Confidential Documents, is GRANTED.
3   The Clerk is directed to remove the entire Declaration of Laurence A. Padway, filed May
4   9, 2011, from the public record. (Dkt. 66.)
5   The Clerk is also directed to remove all of the exhibits (Dkts. 66-1 through 66-4) which
6   were filed simultaneously as attachments to the Declaration of Laurence A. Padway, from the
7   public record.
8   IT IS SO ORDERED.

10   DATED: _____, 2011

_____
Hon. Bernard Zimmerman
United States Magistrate Judge
Northern District of California



DATED: 5/31/2011

DENIED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111