TAD A. DEVLIN (SBN: 190355)
tdevlin@gordonrees.com
CARAINE R. LEON GUERRERO (SBN: 266046)
cguerrero@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
INSURANCE CO. OF AMERICA, Real Party in Interest

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>    Plaintiff,<br><br>    vs.<br><br>COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>    Defendant.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Real Party in Interest. | Case No.:   CV10-1855 (BZ)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO ORDER PLAINTIFF TO CEASE AND DESIST DISSEMINATION OF CONFIDENTIAL PARTY AND NON-PARTY INFORMATION AND COMPLY WITH STIPULATED PROTECTIVE ORDER** |

Pursuant to Local Rules 7-11, IT IS HEREBY ORDERED that Defendants' Administrative Motion to Order Plaintiff to Cease and Desist Dissemination of Confidential Party and Non-Party Information and Comply with Stipulated Protective Order, is GRANTED.

Plaintiff shall comply with the Stipulated Protective Order.  (Dkt. 38.)

Plaintiff shall cease and desist any present and future disclosures of the Declaration of Laurence A. Padway (Dkt. 66) and its exhibits (Dkts. 66-1 through 66-4) to any unauthorized persons pursuant to the terms of the Stipulated Protective Order.  (Dkt. 38.)

Plaintiff shall remedy any past disclosure of the Declaration of Laurence A. Padway

1

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION                    CV10-1855 (BZ)
TO CEASE AND DESIST DISSEMINATION OF CONFIDENTIAL PARTY
AND NON-PARTY INFORMATION AND COMPLY WITH THE STIPULATED PROTECTIVE ORDER

1  (Dkt. 66) and its exhibits (Dkts 66-1 through 66-4) in accordance with Paragraph 10 of the

2  Stipulated Protective Order (Dkt. 38), which provides that Plaintiff must immediately:

3      a.    use its best efforts to retrieve all unauthorized copies of the Declaration of

4  Laurence A. Padway and its exhibits;

5      b.    inform the person or persons to whom unauthorized disclosures were made of all

6  the terms of the SPO; and

7      c.    request such person or persons to execute the "Acknowledgment and Agreement

8  to Be Bound" that is attached within the SPO as Exhibit A, or alternatively, request such person

9  or persons destroy all copies, abstracts, compilations, summaries, and any other format

10  reproducing or capturing any of the information contained in the Declaration of Laurence A.

11  Padwy and its exhibits.

12      IT IS SO ORDERED.

14  DATED: _____, 2011

15      _____

16      Hon. Bernard Zimmerman
    United States Magistrate Judge
    Northern District of California



Dated: 5/31/2011

**Gordon & Rees LLP**
275 Battery Street, Suite 2000
San Francisco, CA 94111

2

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION      CV10-1855 (BZ)
TO CEASE AND DESIST DISSEMINATION OF CONFIDENTIAL PARTY
AND NON-PARTY INFORMATION AND COMPLY WITH THE STIPULATED PROTECTIVE ORDER

ALBI/1063394/9837356v.1