Laurence F. Padway (SBN: 083914)
Karen K. Wind (SBN: 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Phone:  (510) 814-0680
Fax:  (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>         Plaintiff,<br>    vs.<br><br>COBLENTZ, PATCH, DUFFY AND BASS, LLP LONG-TERM DISABILITY INSURANCE PLAN,<br><br>         Defendant,<br>_____/<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>         Real Party in Interest.<br>_____/ | CASE NO. CV-10-1855 BZ<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**APPLICATION TO EXTEND TIME<br>AND ORDER** |

I, Laurence F. Padway, hereby declare under penalty of perjury that:

1. I am the attorney for plaintiff Patricia White.

2. Pursuant to the Court's order entered June 24, 2011, the parties have met and conferred concerning the amount of back benefits due, prejudgment interest and attorneys' fees and costs.

3. The parties have reached agreement on back benefits but are continuing to negotiate to resolve prejudgment interest, attorney's fees and costs.

4. These discussions have been delayed to some extent because counsel undersigned has been away from the office caring for his wife who has been ill and hospitalized.

5. The parties jointly request that the Court extend the deadline for filing a stipulation or proposals as to the remaining issues in the case from July 20, 2011 to July 27, 2011, in order to allow additional time for the parties to attempt to resolve the remaining issues.

6. Counsel undersigned discussed this extension with attorney Patrick DiCarlo for the defendants, and both sides believe the extension is in the interests of their clients.

Executed this 20th day of July, 2011, at Alameda, California.

_____
Laurence F. Padway

ORDER EXTENDING TIME

Good cause appearing, it is ordered that the time for the parties to file either a stipulation or proposals on the remaining issues in this case, as set forth in the Court's order of June 24, 2011. is hereby extended from July 20, 2011 to July 27, 2011.

Dated: July 21, 2011.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge