TAD A. DEVLIN (SBN: 190355)
TAMAR KARAGUEZIAN (SBN: 216233)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants
COBLENTZ, PATCH, DUFFY & BASS, LLP
LONG TERM DISABILITY INSURANCE PLAN,
And THE PRUDENTIAL INSURANCE CO. OF AMERICA,
Real Party in Interest

LAURENCE F. PADWAY (SBN: 089314)
KAREN K. WIND (SBN: 124852)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone: (510) 814-0680
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE, | CASE NO. CV-10-1855 BZ |
| Plaintiff, | |
| vs. | APPLICATION TO EXTEND TIME AND ORDER |
| COBLENTZ, PATCH, DUFFY AND BASS, LLP LONG-TERM DISABILITY INSURANCE PLAN, | Hon. Bernard Zimmerman |
| Defendant, | |
| _____/ | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | |
| Real Party in Interest. | |
| _____/ | |

The Court's August 15, 2011 Order sets the rate of prejudgment interest at 4% and orders the parties to meet and confer and file, by August 24, 2011, a proposed judgment consistent with the Court's Orders.

The parties have met and conferred, but have been unable to agree on the amount of interest due.

However, the parties have discussed the calculation on several occasions, and believe that with an additional day, they should be able to agree on the proper calculation.

Accordingly, the parties jointly request that the Court grant them an additional day to submit a proposed judgment.

August 24, 2011.


/s/_____          /s/_____
    Laurence F. Padway                  Patrick C. DiCarlo

ADMIN/20824044v1

ORDER EXTENDING TIME

Good cause appearing, it is ordered that the time for the parties to file a proposed judgment is hereby extended through and including August 25, 2011.

Dated August 25, 2011.

_____
Hon. Bernard Zimmerman
United States Magistrate Judge