1  Laurence F. Padway (SBN: 083914)
   Karen K. Wind (SBN: 124852)
2  Law Offices of Laurence F. Padway
   1516 Oak Street, Suite 109
3  Alameda, California 94501
   Telephone:  (510) 814-0680
4  Fax:  (510) 814-0650

5  Attorneys for Plaintiff,
   PATRICIA WHITE
6
   Tad A. Devlin (SBN: 190355)
7  Gordon & Rees LLP
   275 Battery Street, Suite 2000
8  San Francisco, CA  94111
   Telephone: (415) 986-5900
9  Facsimile:  (415) 986-8054

10 Patrick C. DiCarlo
   Alston & Bird LLP
11 1201 W. Peachtree Street
   Atlanta, Georgia 30309
12 Telephone: (404) 881-7000
   Facsimile: (404)253-8571
13 Attorneys for Defendants
   COBLENTZ, PATCH, DUFFY & BASS, LLP
14 LONG TERM DISABILITY INSURANCE PLAN,
   and THE PRUDENTIAL INSURANCE CO. OF AMERICA,
15 Real Party in Interest

16                **UNITED STATES DISTRICT COURT**

17                **NORTHERN DISTRICT OF CALIFORNIA**

18
   PATRICIA WHITE,                              CASE NO. CV-10-1855 BZ
19
            Plaintiff,
20       vs.                                    **JUDGMENT**

21 COBLENTZ, PATCH, DUFFY AND
   BASS, LLP LONG-TERM DISABILITY
22 INSURANCE PLAN,

23          Defendant,
   _____/
24
   THE PRUDENTIAL INSURANCE
25 COMPANY OF AMERICA,

26          Real Party in Interest.
   _____/
27

28

---

The parties stipulated to trial of this case by a United States Magistrate Judge pursuant to 28 U. S. C. §636(c).

On June 24, 2011, this Court entered its Findings and Conclusions in which the Court found in favor of Patricia White.

The parties have since stipulated that the back benefits due through July 30, 2011 total $139,035.32, and they have continued to accrue thereafter at the rate of $1809.57 per month until entry of judgment.

The Court subsequently considered the positions of the parties with respect to prejudgment interest and on August 15, 2011, the Court ordered that prejudgment interest be awarded at 4% per annum.  The parties have now further stipulated that prejudgment interest computed under the Court's order, through August 26, 2011, totals $18,472.64.

Accordingly, judgment is entered for the plaintiff, Patricia White, and against the Coblentz, Patch, Duffy and Bass LLP Long Term Disability Plan in the sum of $157,507.96.  It is further ordered that said defendant pay the monthly benefit due under the Plan from July 31, 2011 at the rate of $1809.57 until the date of entry of judgment.  Thereafter, Ms. White shall remain eligible for such benefits, subject to the Plan's terms, for such period of time as provided under the terms of the Plan.

Plaintiff may file her motion for fees and memorandum of costs in accordance with the local rules and F. R. C. P., Rule 54.

Dated:   August 30, 2011

_____
Hon. Bernard Zimmerman
United States Magistrate Judge

Approved as to form:

DATED: August 25, 2011			/s/ Laurence F. Padway
_____
Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff Patricia White

DATED: August 25, 2011			/s/ Patrick C. DiCarlo
_____
Patrick C. DiCarlo
Attorneys for Defendant
COBLENTZ, PATCH, DUFFY &
BASS, LLP LONG TERM
DISABILITY INSURANCE PLAN,
       and THE PRUDENTIAL
       INSURANCE CO. OF AMERICA,
Real Party in Interest