1  TAD A. DEVLIN (SBN: 190355)
   JOEL A. MORGAN (SBN: 262937)
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5  PATRICK C. DICARLO (admitted *pro hac vice*)
   ALSTON & BIRD LLP
6  1201 W. Peachtree Street
7  Atlanta, Georgia 30309
   Telephone: (404) 881-7000
8  Facsimile: (404)253-8571

9  Attorneys for Defendants
   COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM
10 DISABILITY INSURANCE PLAN, and THE PRUDENTIAL
   INSURANCE CO. OF AMERICA, Real Party in Interest
11
   LAURENCE F. PADWAY (SBN: 089314)
12 LAW OFFICES OF LAURENCE F. PADWAY
   1516 Oak Street, Suite 109
13 Alameda, CA 94501
   Telephone: (510) 814-0680
14 Facsimile: (510) 814-0650

15
   Attorneys for Plaintiff
16 PATRICIA WHITE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE, | Case No.:   CV10-1855 (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF BRIEFING SCHEDULE AND CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| vs. | |
| COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, | |
| Defendant. | Judge:  Hon. Bernard Zimmerman |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | Courtroom:  G |
| Real Party in Interest. | |

(["PROPOSED"] struck through in title)

1

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
BRIEFING SCHEDULE AND HEARING                                                                                     CV10-1855 (BZ)

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Patricia White ("Plaintiff") and Defendants Coblentz, Patch, Duffy & Bass LLP Long Term Disability Insurance Plan ("Plan") and Real Party in Interest The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), through their respective attorneys, hereby jointly stipulate as follows:

WHEREAS the accompanying declaration of Tad A. Devlin, submitted herewith in support of the instant Stipulated Request, complies with the requirements of Local Rule 6-2 and sets forth the reasons and GOOD CAUSE showing for the parties stipulation;

WHEREAS, Plaintiff filed her Motion for Attorneys' Fees and Costs ("Motion") on September 13, 2011;

WHEREAS, any oppositions to the Motion are currently due on September 27, 2011;

WHEREAS, the hearing on Plaintiff's Motion is currently scheduled for October 21, 2011 at 10:00 a.m.;

WHEREAS, counsel for the Parties have conferred and agreed to extend the deadline for any oppositions to the Motion from September 27, 2011 until October 12, 2011, and the deadline for any replies until October 19, 2011;

WHEREAS, the Parties have agreed to this extension as a professional accommodation for counsel for Prudential and the Plan due to other litigation and appellate commitments and pre-planned, pre-purchased out of state travel;

WHEREAS, the Parties respectfully ask this Court to continue the hearing date for the Motion from October 19, 2011 until November 2, 2011, which date appears to be available for the Court. There is good cause to continue the hearing date in order to allow the Court sufficient time to review the Parties' respective papers (which the parties have agreed to modify the briefing schedule, as set forth in this request) in advance of the hearing on the Motion.

\\\
\\\
\\\
\\\

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
BRIEFING SCHEDULE AND HEARING CV10-1855 (BZ)

1 | **IT IS SO AGREED AND STIPULATED.**

Respectfully submitted,

LAW OFFICES OF LAURENCE F. PADWAY

Dated: September 22, 2011     By:     /s/ Laurence F. Padway
       Laurence F. Padway
       Attorneys for Plaintiff

GORDON & REES

Dated:  September 22, 2011     By:     /s/ Tad A. Devlin
       TAD A. DEVLIN
       JOEL A. MORGAN
       Attorneys for Defendants
       COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

ALSTON & BIRD LLP

Dated:  September 22, 2011     By:     /s/ Patrick C. DiCarlo
       PATRICK C. DICARLO (admitted *pro hac vice*)
       Attorneys for Defendants
       COBLENTZ, PATCH, DUFFY & BASS, LLP LONG TERM DISABILITY INSURANCE PLAN, and THE PRUDENTIAL INSURANCE CO. OF AMERICA, Real Party in Interest

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that the briefing schedule be modified to October 12, 2011 for the opposition; October 19, 2011 for the reply and the motion hearing continued until November 2, 2011.

DATED: __September 23__, 2011



The ~~Honorable Bernard Zim~~merman
~~United States Magistrate Judge~~

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

ALBI/1063394/10778427v.1

4

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF
BRIEFING SCHEDULE AND HEARING                                       CV10-1855 (BZ)