Laurence F. Padway (SBN 089314)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone:  (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
PATRICIA WHITE


RONALD K. ALBERTS  (SBN 100017)
TAD A. DEVLIN  (SBN 190355)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Patrick C. DiCarlo
ALSTON & BIRD, LLP
1201 W. Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 253-8571

Attorneys for Real Party in Interest
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WHITE,<br><br>        Plaintiff,<br>    vs.<br><br>COBLENTZ, PATCH, DUFFY AND BASS, LLP LONG TERM DISABILITY INSURANCE PLAN,<br><br>        Defendant.<br>_____/<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>        Real Party In Interest.<br>_____/ | No.  3:10-cv-01855-BZ<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE AMENDED MOTION FOR ATTORNEYS' FEES |

Stipulation and Order                                                                                                   3:10-cv-01855-BZ

**STIPULATION**

1. On September 13, 2011, plaintiff filed her motion for attorneys fees, docket number 95;

2. That motion is now set for hearing on November 2, 2011;

3. Plaintiff desires to file an amended Notice of Motion and Motion for Attorneys' Fees in order to correct some typographical and grammatical errors in her original filing, and she has provided defendant and real party with a copy of the amended brief;

4. Defendant and Real Party in Interest stipulate that plaintiff may replace her original Notice of Motion and Motion for Attorneys' Fees filed on September 13, 2011, docket 95, with her Amended Notice of Motion and Motion for Attorneys' Fees.

5. This action will not affect the briefing schedule or hearing on the motion.

DATED: September 27, 2011                 /s/ Laurence F. Padway
                                          _____
                                          Laurence F. Padway
                                          Law Offices of Laurence F. Padway
                                          Attorneys for plaintiff

DATED: September 27, 2011                 /s/ Patrick C. DiCarlo
                                          _____
                                          Patrick C. DiCarlo
                                          Attorneys for Defendants
                                          THE PRUDENTIAL INSURANCE CO.
                                          OF AMERICA

[~~Proposed~~] ORDER

On stipulation of the parties and good cause appearing, plaintiff may file her Amended Notice of Motion and Motion for Attorneys' Fees which document shall replace plaintiff's prior filing on September 13, 2011, Docket 95.

Dated: Sept. 27, 2011

_____
Hon. Bernard Zimmerman